**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2189**

ROBERT LAUTER,

       Plaintiff - Appellant,

    v.

GEORGE E. SCHAEFER, III; UNITED STATES FOOD AND DRUG
ADMINISTRATION; GLAXOSMITHKLINE; KAMALA LANETTI; AMY
BURNHAM; DOUG ROBELEN; JANE KATOSKIE; JOSEPH KATOSKIE;
DUKE STOREN; RALPH NORTHAM,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk. Arenda L. Wright Allen, District Judge. (2:20-cv-00507-AWA-RJK)

Submitted: December 21, 2021              Decided: December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Robert Lauter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lauter appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*